,

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

Doneale Feazell,

     Plaintiff,                3:16-cv-00313-HDM-VPC

  vs.                        ORDER

Renee Baker, Warden,

     Defendants.
_____/

    The undersigned Judge having determined that recusal is warranted, IT IS ORDERED that the undersigned Judge recuses himself from this action.

    IT IS FURTHER ORDERED that this matter be referred to Chief Judge Gloria Navarro for reassignment

    It is so Ordered.

    Dated this 13th day of June, 2016.

_____
UNITED STATES DISTRICT JUDGE