UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| DONEALE FEAZELL,<br><br>               Petitioner,<br>v.<br>RENEE BAKER, *et al.*,<br>               Respondents. | Case No. 3:16-cv-00313-MMD-VPC<br><br>ORDER |

On January 30, 2017, the Court appointed the Federal Public Defender to represent petitioner in these proceedings and granted leave to file an amended petition for writ of habeas corpus no later than May 30, 2017. (ECF No. 15.) The deadline was extended twice, first to August 28, 2017, and then to December 26, 2017. (*See* ECF Nos. 18 & 20.) After the Court extended the deadline for a second time, the Federal Public Defender moved to withdraw as counsel. The Court granted the motion, and on September 21, 2017, appointed David Neidert, Esq. to represent petitioner.

As the deadline for filing an amended petition predates the appointment of current counsel, the Court cannot be certain that counsel was aware of the deadline, which has passed. Accordingly, the Court *sua sponte* resets the deadline for filing an amended petition in this case.

It is therefore ordered that any amended petition must be filed within sixty (60) days of the date of entry of this order.

DATED THIS 2nd day of January 2018.

_____
MIRANDA M. DU
UNITED STATES DISTRICT JUDGE