UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| DONEALE FEAZELL,<br><br>                Petitioner,<br>   v.<br>RENEE BAKER, *et al.*,<br><br>                Respondents. | Case No. 3:16-cv-00313-MMD-VPC<br><br>ORDER |

Petitioner's motion for enlargement of time (ECF No. 25) is granted.

It is ordered that Petitioner will have until May 4, 2018, within which to file an amended petition for writ of habeas corpus in this case.

DATED THIS 7th day of March 2018.

_____
MIRANDA M. DU
UNITED STATES DISTRICT JUDGE