UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| DONEALE FEAZELL, | Case No. 3:16-cv-00313-MMD-VPC |
|---|---|
| Petitioner, | ORDER |
| v. | |
| RENEE BAKER, *et al.*, | |
| Respondents. | |

Petitioner's second motion for enlargement of time (ECF Nos. 28, 30) is granted. Petitioner will have until July 3, 2018, within which to file an amended petition for writ of habeas corpus in this case.

DATED THIS 9th day of May 2018.

MIRANDA M. DU
UNITED STATES DISTRICT JUDGE