UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| DONEALE FEAZELL, | Case No. 3:16-cv-00313-MMD-VPC |
|---|---|
| Petitioner, | ORDER |
| v. | |
| RENEE BAKER, *et al.*, | |
| Respondents. | |

Petitioner's third motion for enlargement of time (ECF No. 32) is granted. Petitioner will have until September 4, 2018, within which to file an amended petition for writ of habeas corpus in this case.

IT IS SO ORDERED.

DATED THIS 6th day of July 2018.

_____
MIRANDA M. DU
UNITED STATES DISTRICT JUDGE