# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| DONEALE FEAZELL,<br><br>　　　　　　　Petitioner,<br>　v.<br>RENEE BAKER, *et al.*,<br><br>　　　　　　　Respondents. | Case No. 3:16-cv-00313-MMD-VPC<br><br>ORDER |

Respondents' motion for enlargement of time (ECF No. 36) is granted. Respondents will have until November 18, 2018, within which to file their response to Petitioner's amended petition for writ of habeas corpus in this case.

DATED THIS 5th day of October 2018.

MIRANDA M. DU
UNITED STATES DISTRICT JUDGE