UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| DONEALE FEAZELL,<br><br>　　　　　　　　　Petitioner,<br>　v.<br>RENEE BAKER, *et al.*,<br><br>　　　　　　　　　Respondents. | Case No. 3:16-cv-00313-MMD-VPC<br><br>ORDER |

Respondents' third motion for enlargement of time (ECF No. 40) is granted. Respondents will have until December 21, 2018, within which to file their response to Petitioner's amended petition for writ of habeas corpus in this case.

DATED THIS 19th day of December 2018.

　　　　　　　　　　　　　　　　　　　　　　　　　　　　
MIRANDA M. DU
UNITED STATES DISTRICT JUDGE