UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| DONEALE FEAZELL, | Case No. 3:16-cv-00313-MMD-VPC |
| Petitioner, | ORDER |
| v. | |
| RENEE BAKER, *et al.*, | |
| Respondents. | |

Petitioner's motion for enlargement of time (ECF No. 51) is granted. Petitioner will have until February 21, 2019, to file an opposition to Respondents' motion to dismiss.

DATED THIS 8th day of January 2019.

MIRANDA M. DU
UNITED STATES DISTRICT JUDGE