# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| DONEALE FEAZELL, | Case No. 3:16-cv-00313-MMD-CBC |
| Petitioner, | ORDER |
| v. | |
| RENEE BAKER, *et al.*, | |
| Respondents. | |

Petitioner's motion for leave to file late pleading (ECF No. 53) is granted. The second motion for enlargement of time (ECF No. 54) is therefore deemed properly filed. The motion for enlargement of time (ECF No. 54) is also granted, *nunc pro tunc*, to February 21, 2019. Petitioner will have until April 7, 2019, to file an opposition to Respondents' motion to dismiss.

DATED THIS 6th day of March 2019.

MIRANDA M. DU
UNITED STATES DISTRICT JUDGE