UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| DONEALE FEAZELL,<br><br>                          Petitioner,<br>    v.<br>RENEE BAKER, *et al.*,<br><br>                          Respondents. | Case No. 3:16-cv-00313-MMD-CBC<br><br>ORDER |

Petitioner's third motion for enlargement of time (ECF No. 56) is granted, and Petitioner will have until May 23, 2019, to file an opposition to Respondents' motion to dismiss. No further extensions of time are likely to be granted.

DATED THIS 9th day of April 2019.

_____
MIRANDA M. DU
UNITED STATES DISTRICT JUDGE