UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| DONEALE FEAZELL,<br><br>       Petitioner,<br> v.<br>RENEE BAKER, *et al.*,<br><br>       Respondents. | Case No. 3:16-cv-00313-MMD-CBC<br><br>ORDER |

Respondents' motion for enlargement of time (ECF No. 59) is granted. Respondents will have until June 25, 2019, to file a reply to Petitioner's opposition to Respondents' motion to dismiss.

DATED THIS 28th day of May 2019.

_____
MIRANDA M. DU
UNITED STATES DISTRICT JUDGE